ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy            DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy            DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ERNESTO J. AVILEZ, | Case No. EDCV 13-00389 GW (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice.

Dated: September 6, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE