JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ERNESTO J. AVILEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　Defendants. | Case No.  EDCV 13-00389 GW (AN)<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice.

Dated: September 6, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE